1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10   ROBERT G. RUSSELL,                      No.  2:15-cv-1210-EFB P
11              Petitioner,
12         v.                                ORDER
13   S. PEERY,
14              Respondent.
15

16         Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

17   28 U.S.C. § 2254.  Petitioner challenges a 2011 conviction and sentence imposed by the Santa

18   Cruz County Superior Court.  Petitioner is currently confined to High Desert State Prison in

19   Lassen County.

20         Pursuant to 28 U.S.C  § 2241(d), courts in both the district of confinement and the district

21   of conviction have concurrent jurisdiction over applications for habeas corpus filed by state

22   prisoners.  In this case, it appears that witnesses and evidence necessary for the resolution of

23   petitioner's application may be more readily available in the county of conviction.  *See Braden v.*

24   *30th Judicial Circuit Court*, 410 U.S. 484, 499 n. 15 (1973).

25         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

26   States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28 U.S.C.

27   § 1406(a).

28   DATED:  June 8, 2015.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE